IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| SANDRA H. DEYA and EDWIN DEYA, Individually and as Next Friends and Natural Parents of EDD,<br><br>     Plaintiffs,<br><br>v.<br><br>HIAWATHA COMMUNITY HOSPITAL, PETER ROSA, M.D. and STEFFEN SHAMBURG, M.D.,<br><br>     Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) Case No. 2:10-CV-2263 JAR/GLR<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SETTLEMENT APPROVAL HEARING

TAKE NOTICE that a settlement approval hearing is scheduled in the above-captioned case for **Friday, November 4, 2011, at 2:00 p.m.,** before the Honorable Julie A. Robinson at the Robert J. Dole Courthouse, 500 State Avenue, Courtroom 401, Kansas City, Kansas.

SHAMBERG, JOHNSON & BERGMAN, CHTD.

s/Victor A.Bergman
Victor A. Bergman, KS #08625
David C. DeGreeff, KS #21794
2600 Grand Boulevard, Suite 550
Kansas City, MO 64108
816 474-0004   474-0003 Facsimile
vbergman@sjblaw.com
ddegreeff@sjblaw.com
ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF MAILING

I hereby certify that on the 26th day of September, 2011, I electronically filed the foregoing with the clerk of the court by using CM/ECF system which will send a notice of electronic filing to the following:

Mark A. Lynch
Tucker L. Poling
HOLBROOK & OSBORN, P.A.
Commerce Plaza II
7400 West 110th Street, Suite 600
Overland Park, KS  66210
913 342-2500   342-0603 Facsimile
mlynch@holbrookosborn.com
tpoling@holbrookosborn.com
ATTORNEYS FOR DEFENDANTS


s/Victor A. Bergman_____
Attorney for Plaintiffs