IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

SANDRA H. DEYA AND EDWIN DEYA )
Individually and as Next Friends and Natural )
Parents of EDD, )
)
Plaintiffs, )
) Case No: 10-CV-2263 JAR/GLR
vs. )
)
HIAWATHA COMMUNITY HOSPITAL, et al., )
)
Defendants. )

## ORDER AUTHORIZING THE ESTABLISHMENT OF A SPECIAL NEEDS TRUST

NOW on this 4th day of November, 2011, before this Court is Plaintiffs' Motion to Authorize the Establishment of a Special Needs Trust. For the reasons cited in Plaintiffs' Motion the Court finds that the establishment of a Special Needs Trust is appropriate and should be established for the benefit of EDD.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED as follows:

1. That a Special Needs Trust be established for the benefit of EDD.

2. The Trust Agreement shall be substantially in the form as was submitted to this Court.

3. In accordance with the terms of the final Release and Settlement Agreement all net settlement funds allocated to EDD and remaining after payment of approved attorneys' fees, costs and other court approved obligations shall be delivered to the Fiduciary Trustee under the Trust Agreement. These funds shall constitute the Trust corpus. The settlement proceeds shall be paid into the Trust without the transfer to EDD's parents, legal guardian or next friend. The

funds at no time shall be placed in the possession of EDD's parents, legal guardian or next friend.

4. Special counsel for Plaintiffs, Thomas G. Stoll, shall make the necessary arrangements with regard to the execution of the Special Needs Trust by the appropriate parties and its subsequent funding in compliance with the terms of this Order.

The Honorable Julie A. Robinson, United States District Court Judge